**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Robert Friedman
Direct: 212.634.3058
rfriedman@sheppardmullin.com

July 24, 2019

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:  *Comerica Leasing Corporation v. Bombardier Inc.,* Case No. 1:16-cv-00614 (PGG); Request to Schedule Rule 16 Conference

Dear Judge Gardephe:

We represent Plaintiff Comerica Leasing Corporation ("Comerica Leasing"). I write to request that the Court schedule a Rule 16 conference. This action was filed over three years ago. No discovery has been conducted because there has been no Rule 16 conference. The Court previously scheduled a Rule 16 conference for July 7, 2016 (Dkt. No. 14), but subsequently adjourned that conference without scheduling a follow-up conference (Dkt. No. 15.). Defendant Bombardier Inc.'s ("Bombardier") motion to dismiss Comerica Leasing's Amended Complaint was filed almost eight months ago and is still pending before the Court (Dkt. No 45).

There is no stay of discovery and no reason discovery should not move forward. This is especially the case since Comerica Leasing has learned through press reports that Bombardier recently sold its regional jet business, which could lead to the unavailability of evidence and witnesses through departures, transfers or otherwise.

Based on the foregoing, we respectfully request that the Court schedule a Rule 16 conference.

Respectfully submitted,

*/s/ Robert S. Friedman*

Robert Friedman
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

CC:  Bombardier Counsel